B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Marketing IV, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-3017936** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**398 W. Wrightwood<br>Elmhurst, IL**<br>ZIP Code **60126** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Marketing IV, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                           Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Marketing IV, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X** /s/ Elizabeth A. Bates
Signature of Attorney for Debtor(s)

**Elizabeth A. Bates**
Printed Name of Attorney for Debtor(s)

**Springer Brown, LLC**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**November 19, 2013**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Mike Lombardo
Signature of Authorized Individual

**Mike Lombardo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 19, 2013**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Marketing IV, Inc.**                                       Case No.
                                           Debtor(s)               Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bradner Smith & Company**<br>**2300 Arthur Ave**<br>**Elk Grove Village, IL 60007** | **Bradner Smith & Company**<br>**2300 Arthur Ave**<br>**Elk Grove Village, IL 60007** | **Business Debt** | | **126,711.95** |
| **Chicago Laminating**<br>**125 Weiler Road**<br>**Arlington Heights, IL 60005** | **Chicago Laminating**<br>**125 Weiler Road**<br>**Arlington Heights, IL 60005** | **Business Debt** | | **31,659.07** |
| **Citicard**<br>**Customer Service Center**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117** | **Citicard**<br>**Customer Service Center**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117** | **Business Debt** | | **45,191.50** |
| **Elite Staffing**<br>**1400 W Hubbard**<br>**Chicago, IL 60622** | **Elite Staffing**<br>**1400 W Hubbard**<br>**Chicago, IL 60622** | **Business Debt** | | **19,686.54** |
| **Fibermark North America Inc.**<br>**70 Front Street**<br>**West Springfield, MA 01089** | **Fibermark North America Inc.**<br>**70 Front Street**<br>**West Springfield, MA 01089** | **Business Debt** | | **17,472.18** |
| **GB Property Management Inc.**<br>**125 N Halsted St**<br>**Chicago, IL 60661** | **GB Property Management Inc.**<br>**125 N Halsted St**<br>**Chicago, IL 60661** | **Business Debt** | | **161,264.25** |
| **Green Bay Packaging**<br>**831 Radisson Street**<br>**Green Bay, WI 54302** | **Green Bay Packaging**<br>**831 Radisson Street**<br>**Green Bay, WI 54302** | **Business Debt** | | **16,040.07** |
| **Instant Collating Service**<br>**2443 W 16th Street**<br>**Chicago, IL 60608** | **Instant Collating Service**<br>**2443 W 16th Street**<br>**Chicago, IL 60608** | **Business Debt** | | **14,684.78** |
| **Johnson Steel Rule Die Company**<br>**5410 W Roosevelt Road**<br>**Chicago, IL 60644-1478** | **Johnson Steel Rule Die Company**<br>**5410 W Roosevelt Road**<br>**Chicago, IL 60644-1478** | **Business Debt** | | **29,305.00** |
| **Lindenmeyer Munroe**<br>**112 Alexzandra Way**<br>**Carol Stream, IL 60188** | **Lindenmeyer Munroe**<br>**112 Alexzandra Way**<br>**Carol Stream, IL 60188** | **Business Debt** | | **57,813.75** |
| **Midland Paper**<br>**101 E Palatine Road**<br>**Wheeling, IL 60090-6500** | **Midland Paper**<br>**101 E Palatine Road**<br>**Wheeling, IL 60090-6500** | **Business Debt** | | **61,544.81** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Marketing IV, Inc.**                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Morrisroe & Associates<br>114 S Bloomingdale Road<br>Bloomingdale, IL 60108 | Morrisroe & Associates<br>114 S Bloomingdale Road<br>Bloomingdale, IL 60108 | Legal | | 42,044.50 |
| Mr. & Mrs V. Woodfield<br>417 Fair Oaks Drive<br>Williams Bay, WI 53191 | Mr. & Mrs V. Woodfield<br>417 Fair Oaks Drive<br>Williams Bay, WI 53191 | Business Debt/Judgment | | 767,691.50 |
| Mr. & Mrs. M. Cothron<br>507 Pheasant Ridge Ln<br>Fontana, WI 53125 | Mr. & Mrs. M. Cothron<br>507 Pheasant Ridge Ln<br>Fontana, WI 53125 | Business Debt/Judgment | | 397,114.88 |
| MVP/Workforce<br>666 Dundee Road | MVP/Workforce<br>666 Dundee Road | Business Debt | | 70,328.12 |
| Norkol, Inc.<br>11650 W Grand Ave<br>Melrose Park, IL 60164 | Norkol, Inc.<br>11650 W Grand Ave<br>Melrose Park, IL 60164 | Business Debt | | 21,423.13 |
| Pitman Company div of AGFA CORP<br>611 River Drive Center<br>Elmwood Park, NJ 07407 | Pitman Company div of AGFA CORP<br>611 River Drive Center<br>Elmwood Park, NJ 07407 | Business Debt | | 16,249.82 |
| Printech Equipment, Inc.<br>#1-1500 Valmont Way<br>Richmond, BC | Printech Equipment, Inc.<br>#1-1500 Valmont Way<br>Richmond, BC | Business Debt | | 268,935.70<br><br>(0.00 secured) |
| TCF Equipment Finance Inc.<br>11100 Wayzata Blvd<br>Hopkins, MN 55305 | TCF Equipment Finance Inc.<br>11100 Wayzata Blvd<br>Hopkins, MN 55305 | Business Debt Computer Equipment Pre-press Chiller Form Cutter | | 46,757.84<br><br>(0.00 secured) |
| The Custom Companies, Inc.<br>PO Box 3270<br>Melrose Park, IL 60164-3270 | The Custom Companies, Inc.<br>PO Box 3270<br>Melrose Park, IL 60164-3270 | Business Debt | | 22,723.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 19, 2013**                    Signature   **/s/ Mike Lombardo**
                                                            **Mike Lombardo**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re    **Marketing IV, Inc.**                         ,     Case No. _____

                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Community Bank of Elmhurst**<br>**330 W Butterfield Road**<br>**Elmhurst, IL 60126** | | - | **Blanket Lien on all Debtor Assets**<br><br>**9001C**<br><br>**Value to be determined**<br><br>Value $      **Unknown** | | | | **418,813.73** | **Unknown** |
| Account No.<br><br>**Hitachi Capital Amercia Corporation**<br>**800 Connecticut Ave**<br>**Norwalk, CT 06854** | | - | **Business Debt**<br>**Purchase money security**<br>**2004 Ford E-350**<br>**Super Duty Truck**<br><br>Value $      **0.00** | | | | **6,519.16** | **6,519.16** |
| Account No.<br><br>**Printech Equipment, Inc.**<br>**#1-1500 Valmont Way**<br>**Richmond, BC** | | - | **Business Debt**<br><br><br>Value $      **0.00** | | | | **268,935.70** | **268,935.70** |
| Account No.<br><br>**TCF Equipment Finance Inc.**<br>**11100 Wayzata Blvd**<br>**Hopkins, MN 55305** | | - | **Business Debt**<br>**Computer Equipment**<br>**Pre-press Chiller Form Cutter**<br><br>Value $      **0.00** | | | | **46,757.84** | **46,757.84** |

   **0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 741,026.43 | 322,212.70 |
| Total<br>(Report on Summary of Schedules) | 741,026.43 | 322,212.70 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re   **Marketing IV, Inc.**                                         ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **ACME Scale Systems 1100 N Villa Avenue Villa Park, IL 60181** | - | | | | | | 19.40 |
| Account No. | | | Business Debt | | | | |
| **Adams Foam Rubber Company 4727 S Christiana Ave Chicago, IL 60632** | - | | | | | | 512.25 |
| Account No. | | | Business Debt | | | | |
| **Advanced Disposal Chicago Center 4612 W Lake Street Melrose Park, IL 60160** | - | | | | | | 545.51 |
| Account No. | | | Business Debt | | | | |
| **Adverstising Specialty Institute 4800 Street Road Feasterville Trevose, PA 19053-6698** | - | | | | | | 83.25 |
| __22__ continuation sheets attached | | | | | Subtotal (Total of this page) | | 1,160.41 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          S/N:33434-131003   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Busienss Debt | | | | |
| Air Repair 414 Ashwood Schaumburg, IL 60193 | - | | | | | | | 165.00 |
| Account No. | | | | Business Debt | | | | |
| Andrews Converting 707 East 47th Street La Grange, IL 60525 | - | | | | | | | 2,606.84 |
| Account No. | | | | Business Debt | | | | |
| Andrews Paperboard, Inc. 1200 Pratt Boulevard Elk Grove Village, IL 60007 | - | | | | | | | 525.98 |
| Account No. | | | | Business Debt | | | | |
| Apifoils, Inc. 3841 Greenway Circlet Lawrence, KS 66046 | - | | | | | | | 2,675.89 |
| Account No. | | | | Business Debt | | | | |
| AT&T Long Distance PO Box 5017 Carol Stream, IL 60197 | - | | | | | | | 30.11 |

Sheet no. __1___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,003.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.** ,                          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| AT&T Mobility PO Box 6416 Carol Stream, IL 60197-6416 | - | | | | | | | 120.57 |
| Account No. | | | | Business Debt | | | | |
| B&H Systems PO Box 633 Bensenville, IL 60106 | - | | | | | | | 360.00 |
| Account No. | | | | Business Debt | | | | |
| Balckhawk Express Freight 724 Brighton Circle Barrington, IL 60010 | - | | | | | | | 285.48 |
| Account No. | | | | Business Debt | | | | |
| Bank of America Card PO Box 851001 Dallas, TX 75285-1001 | - | | | | | | | 7,391.66 |
| Account No. | | | | Business Debt | | | | |
| Benson Intl Systems Inc. 300 Lackawanna Ave Suite 6 NJ 07242 | - | | | | | | | 9,094.34 |

Sheet no. __2__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,252.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Bradner Smith & Company 2300 Arthur Ave Elk Grove Village, IL 60007** | - | | | | | | 126,711.95 |
| Account No. | | | Business Debt | | | | |
| **Brandt Box & paper Co., Inc. 400 Lexington Drive Buffalo Grove, IL 60089** | - | | | | | | 2,100.50 |
| Account No. | | | Business Debt | | | | |
| **Brandt Jen & Kluge Inc. 539 Blanding Woods Saint Croix Falls, WI 54024** | - | | | | | | 2,416.26 |
| Account No. | | | Business Debt | | | | |
| **Calco Ltd 960 Muirfield Drive Hanover Park, IL 60133-5457** | - | | | | | | 113.00 |
| Account No. | | | Business Debt | | | | |
| **Call One 225 W Wacker Drive Chicago, IL 60606** | - | | | | | | 57.80 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,399.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.** _____,   Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Capital One-Card** **PO Box 30285** **Salt Lake City, UT 84130-0285** | - | | | | | | 2,016.40 |
| Account No. | | | Busienss Debt | | | | |
| **Champion Container Corporation** **1455 Michael Drive** **Wood Dale, IL 60191** | - | | | | | | 12,900.67 |
| Account No. | | | Business Debt | | | | |
| **Charles Leonard National, Inc.** **PO Box 18048** **Hauppauge, NY 11788** | - | | | | | | 2,107.80 |
| Account No. | | | Business Debt | | | | |
| **Chase Paper Company Inc.** **900 W 45th Street** **Chicago, IL 60609** | - | | | | | | 1,589.57 |
| Account No. | | | Business Debt | | | | |
| **Chicago Glue Machine & Supply** **750 N Baker Drive** **Itasca, IL 60143** | - | | | | | | 1,641.25 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    20,255.69

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                              ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Chicago Laminating 125 Weiler Road Arlington Heights, IL 60005 | - | | | | | | | 31,659.07 |
| Account No. | | | | Business Debt | | | | |
| Citicard Customer Service Center P.O. Box 6500 Sioux Falls, SD 57117 | - | | | | | | | 45,191.50 |
| Account No. | | | | Business Debt | | | | |
| Classic Graphic Industries, Inc. 650 W Grand Ave Elmhurst, IL 60126 | - | | | | | | | 191.23 |
| Account No. | | | | Business Debt | | | | |
| Coating & Adhesives Corp 1901 Popular Street Leland, NC 28451 | - | | | | | | | 5,932.23 |
| Account No. | | | | Business Debt | | | | |
| Comcast Cable 155 Industrial Drive Elmhurst, IL 60126 | - | | | | | | | 1,049.19 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,023.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Commonweatlh Edison PO Box 6111 Carol Stream, IL 60197-6111 | - | | | | | | | 1,371.25 |
| Account No. | | | | Business Debt | | | | |
| Community Bank of Elmhurst 330 W Butterfield Rd Elmhurst, IL 60126 | - | | | | | | | 4,246.02 |
| Account No. | | | | Business Debt | | | | |
| Computer Maintenance Inc. 1433 W Fullerton Addison, IL 60101 | - | | | | | | | 542.12 |
| Account No. | | | | Business Debt | | | | |
| Concentra PO Box 488 Lombard, IL 60148 | - | | | | | | | 71.25 |
| Account No. | | | | Business Debt | | | | |
| Coqui Marketing Group 1113 Golden Cypress Altamonte Springs, FL 32714 | - | | | | | | | 3,880.68 |

Sheet no. __6__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **10,111.32**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.**_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Crown Roll Leaf, Inc. 91 Illinois Avenue Paterson, NJ 07503 | - | | | | | | | | 110.40 |
| Account No. | | | | | Business Debt | | | | |
| Crystal Brook Direct 550 Albion Avenue Schaumburg, IL 60173 | - | | | | | | | | 10,266.24 |
| Account No. | | | | | Business Debt | | | | |
| CT Corporation 3 Winners Circle Albany, NY 12205 | - | | | | | | | | 312.00 |
| Account No. | | | | | Consumer Debt | | | | |
| Custom Global Logistics PO Box 3330 Melrose Park, IL 60164-3330 | - | | | | | | | | 810.88 |
| Account No. | | | | | Business Debt | | | | |
| Design Craft Fabric Corp 2230 Ridge Drive Glenview, IL 60025 | - | | | | | | | | 156.76 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,656.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Discover Card PO Box 30421 Salt Lake City, UT 84130-0421 | - | | | | | | 4,479.83 |
| Account No. | | | Business Debt | | | | |
| E.C. Schultz and Company, Inc. 333 Crossen Elk Grove Village, IL 60007 | - | | | | | | 582.00 |
| Account No. | | | Business Debt | | | | |
| Eckhart & Co 4011 W 54th Street Indianapolis, IN 46254 | - | | | | | | 2,500.00 |
| Account No. | | | Business Debt | | | | |
| EFI Inc/Pace Systems Group Inc. 1340 Corporate Center Curve Saint Paul, MN 55121 | - | | | | | | 1,590.16 |
| Account No. | | | Business Debt | | | | |
| Elite Staffing 1400 W Hubbard Chicago, IL 60622 | - | | | | | | 19,686.54 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              28,838.53

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| **Elms Corner Enterprises** **12616 Massachusetts** **Crown Point, IN 46307** | - | | | | | | | 1,566.67 |
| Account No. | | | | Business Debt | | | | |
| **Enovation/Fuji Graphic Systems Inc.** **850 Central Avenue** **Hanover Park, IL 60133** | - | | | | | | | 779.61 |
| Account No. | | | | Business Debt | | | | |
| **Essentra Specialty Tapes** **7400 West Industrial** **Forest Park, IL 60130** | - | | | | | | | 1,323.17 |
| Account No. | | | | Business Debt | | | | |
| **Express 2000** **164 Northwest Industrial** **Bridgeton, MO 63044** | - | | | | | | | 97.50 |
| Account No. | | | | Business Debt | | | | |
| **Federal Express** **PO Box 94515** **Palatine, IL 60094-4515** | - | | | | | | | 56.53 |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,823.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Fibermark North America Inc. 70 Front Street West Springfield, MA 01089 | - | | | | | | | 17,472.18 |
| Account No. | | | | Busienss Debt | | | | |
| Finish Line Custom Finishing 2523 Assison Court Glenview, IL 60025 | - | | | | | | | 1,550.50 |
| Account No. | | | | Business Debt | | | | |
| Formflex 70 North Mains Street PO Box 218 Bloomingdale, IN 47832 | - | | | | | | | 997.00 |
| Account No. | | | | Business Debt | | | | |
| G&K Services 8201 South Cork Ave Justice, IL 60458 | - | | | | | | | 2,233.50 |
| Account No. | | | | Business Debt | | | | |
| Gane Brothers & Lane 1400 Greenleaf Avenue Elk Grove Village, IL 60007 | - | | | | | | | 690.44 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     22,943.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.**                                        ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Garland Converting Corp C/O RTS Financial PO Box 840267 Dallas, TX 75284-0267 | - | | | | | | | 1,097.29 |
| Account No. | | | | Business Debt | | | | |
| GB Property Management Inc. 125 N Halsted St Chicago, IL 60661 | - | | | | | | | 161,264.25 |
| Account No. | | | | Business Debt | | | | |
| Grafsolve 2740 Cable Place North Chicago, IL 60064 | - | | | | | | | 6,589.45 |
| Account No. | | | | Business Debt | | | | |
| Granat Industries Inc. 875 Nicholas Bovd Elk Grove Village, IL 60007 | - | | | | | | | 242.00 |
| Account No. | | | | Business Debt | | | | |
| Green Bay Packaging 831 Radisson Street Green Bay, WI 54302 | - | | | | | | | 16,040.07 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    185,233.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.**                                                                    ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Harleysville Insurance PO Box 37712 Philadelphia, PA 19101-5012 | | - | | | | | 5,445.33 |
| Account No. | | | Business Debt | | | | |
| Hudson Energy PO Box 142109 Irving, TX 75014 | | - | | | | | 2,715.65 |
| Account No. | | | Business Debt | | | | |
| Infor 16 Commerce Road Cedar Grove, NJ 07009 | | - | | | | | 4,992.80 |
| Account No. | | | Business Debt | | | | |
| Instant Collating Service 2443 W 16th Street Chicago, IL 60608 | | - | | | | | 14,684.78 |
| Account No. | | | Business Debt | | | | |
| Jem Tool & Manufacturing Co., Inc. 797 Industrial Drive Bensenville, IL 60106 | | - | | | | | 90.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           27,928.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marketing IV, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Johnson Steel Rule Die Company 5410 W Roosevelt Road Chicago, IL 60644-1478 | - | | | | | | 29,305.00 |
| Account No. | | | Business Debt | | | | |
| Jorson & Carlson Co Inc. 1501 Pratt Boulevard Elk Grove Village, IL 60007 | - | | | | | | 346.48 |
| Account No. | | | Business Debt | | | | |
| Kurz Transfer Products, L.P. 3200 Woodpark Blvd Charlotte, NC 28206 | - | | | | | | 263.28 |
| Account No. | | | Business Debt | | | | |
| Lindenmeyer Munroe 112 Alexzandra Way Carol Stream, IL 60188 | - | | | | | | 57,813.75 |
| Account No. | | | Business Debt | | | | |
| Marios Trucking Service 319 Jennifer Lane Roselle, IL 60172 | - | | | | | | 520.00 |

Sheet no. __13__ of __22__ sheets attached to Schedule of        Subtotal        88,248.51
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.**                                              ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Metal Magic**<br>**5801 S 25th Street**<br>**Phoenix, AZ 85040-3630** | - | | | **Business Debt** | | | | 3,928.37 |
| Account No.<br><br>**MGL International**<br>**230 Leonard Street**<br>**Lewisville, TX 75057** | - | | | **Business Debt** | | | | 195.50 |
| Account No.<br><br>**Midland Paper**<br>**101 E Palatine Road**<br>**Wheeling, IL 60090-6500** | - | | | **Business Debt** | | | | 61,544.81 |
| Account No.<br><br>**Midwest Ink Co**<br>**2701 S 12th Ave**<br>**Broadview, IL 60155** | - | | | **Business Debt** | | | | 14,519.40 |
| Account No.<br><br>**Morrisroe & Associates**<br>**114 S Bloomingdale Road**<br>**Bloomingdale, IL 60108** | - | | | **Legal** | | | | 42,044.50 |

Sheet no. __14__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **122,232.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**
_____,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| **MPS Metal Plastic and Specialty** **2301 Eastern Avenue** **Elk Grove Village, IL 60007** | - | | | | | | | 1,098.50 |
| Account No. | | | | Business Debt/Judgment | | | | |
| **Mr. & Mrs V. Woodfield** **417 Fair Oaks Drive** **Williams Bay, WI 53191** | - | | | | | | | 767,691.50 |
| Account No. | | | | Business Debt/Judgment | | | | |
| **Mr. & Mrs. M. Cothron** **507 Pheasant Ridge Ln** **Fontana, WI 53125** | - | | | | | | | 397,114.88 |
| Account No. | | | | Business Debt | | | | |
| **MRC Packaging Solutions** **151 S Pfingsten Road** **Deerfield, IL 60015** | - | | | | | | | 6,503.57 |
| Account No. | | | | Business Debt | | | | |
| **Multiswatch Corporation** **2600 S 25th Ave** **Suite Y** **Broadview, IL 60155** | - | | | | | | | 6,666.30 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,179,074.75 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marketing IV, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | **Business Debt** | | | | |
| **Murnane Paper Company**<br>**345 Fischer Farm Road**<br>**Elmhurst, IL 60126-1014** | | | | | | | | 8,220.51 |
| Account No. | | | - | **Business Debt** | | | | |
| **MVP/Workforce**<br>**666 Dundee Road** | | | | | | | | 70,328.12 |
| Account No. | | | - | **Consumer Debt** | | | | |
| **Nextel/Sprint**<br>**PO Box 8077**<br>**London, KY 40742** | | | | | | | | 768.50 |
| Account No. | | | - | **Utility** | | | | |
| **Nicor**<br>**PO Box 310**<br>**Aurora, IL 60507** | | | | | | | | 555.90 |
| Account No. | | | - | **Business Debt** | | | | |
| **Nor-Cote International Inc.**<br>**PO Box 668**<br>**Crawfordsville, IN 47933** | | | | | | | | 150.85 |

Sheet no. __16__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,023.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                                    ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Norkol, Inc. 11650 W Grand Ave Melrose Park, IL 60164 | - | | | | | | | 21,423.13 |
| Account No. | | | | Business Debt | | | | |
| Peel & Stick Adhesive Prod Inc. 10720 Beaudin Blvd Woodridge, IL 60517 | - | | | | | | | 6,532.87 |
| Account No. | | | | Business Debt | | | | |
| Phoenix Binding 1100 Pratt Ave Elk Grove Village, IL 60007 | - | | | | | | | 2,715.00 |
| Account No. | | | | Business Debt | | | | |
| Pitman Company div of AGFA CORP 611 River Drive Center Elmwood Park, NJ 07407 | - | | | | | | | 16,249.82 |
| Account No. | | | | Business Debt | | | | |
| Plymouth Foam Inc. PO Box 407 Plymouth, WI 53073 | - | | | | | | | 2,834.52 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                      49,755.34
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Print Services Distribution Assoc 330 N Wabash Chicago, IL 60611 | - | | | | | | | 2,250.00 |
| Account No. | | | | Consumer Debt | | | | |
| Printers Service 26 Blanchard Street Newark, NJ 07105-4702 | - | | | | | | | 913.23 |
| Account No. | | | | Business Debt | | | | |
| Proforma PO Box 640814 Cincinnati, OH 45264-0814 | - | | | | | | | 314.62 |
| Account No. | | | | Business Debt | | | | |
| Rickard Circular Folding Co 325 N Ashland Avenue Chicago, IL 60607 | - | | | | | | | 766.40 |
| Account No. | | | | Business Debt | | | | |
| Rochester 100 Inc. 40 Jefferson Road Rochester, NY 14623 | - | | | | | | | 966.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,210.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Rogers Leaf Company** **1555 W Fulton** **Chicago, IL 60607** | - | | | | | | **1,559.00** |
| Account No. | | | Business Debt | | | | |
| **Roosevelt Paper Co** **LockBox 5175** **PO Box 8500** **Philadelphia, PA 19178-5175** | - | | | | | | **10,873.73** |
| Account No. | | | Business Debt | | | | |
| **Rotadyne Roll Group** **1164 East 50 North** **La Porte, IN 46350** | - | | | | | | **1,639.00** |
| Account No. | | | Business Debt | | | | |
| **Sprint Electrical Service Inc.** **1575 Jarvis Avenue** **Elk Grove Village, IL 60007** | - | | | | | | **352.00** |
| Account No. | | | Busienss Debt | | | | |
| **Sterling Toggle, Inc.** **99 Mahan Street** **West Babylon, NY 11704** | - | | | | | | **203.30** |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,627.03**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Superior Printing Ink Co 100 North Street Teterboro, NJ 07608-1202 | - | | | | | | | 150.66 |
| Account No. | | | | Business Debt | | | | |
| The Custom Companies, Inc. PO Box 3270 Melrose Park, IL 60164-3270 | - | | | | | | | 22,723.25 |
| Account No. | | | | Business Debt | | | | |
| Time Busienss Systems Inc 916 Central Ave Roselle, IL 60172 | - | | | | | | | 303.75 |
| Account No. | | | | Business Debt | | | | |
| Timely Courier 2301 Arthur Ave Elk Grove Village, IL 60007 | - | | | | | | | 1,209.59 |
| Account No. | | | | Business Debt | | | | |
| Tornatore Law Office 236 West Lake Street Bloomingdale, IL 60108 | - | | | | | | | 386.44 |

Sheet no. __20__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,773.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marketing IV, Inc.**                    ,       Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Transilwrap Company, Inc.** **22889 Lunn Road** **Strongsville, OH 44149** | - | | | | | | **3,764.70** |
| Account No. | | | Business Debt | | | | |
| **Tyco/Simplex Grinnell** **91 N Mitchell Court** **Addison, IL 60101** | - | | | | | | **1,317.71** |
| Account No. | | | Business Debt | | | | |
| **Uline** **2200 S Lakeside Drive** **Waukegan, IL 60085** | - | | | | | | **3,622.03** |
| Account No. | | | Business Debt | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132** | - | | | | | | **12,284.11** |
| Account No. | | | Business Debt | | | | |
| **UPS Supply Chain Solutions** **28013 Network Place** **Chicago, IL 60673-1280** | - | | | | | | **2,877.94** |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal       **23,866.49**
                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marketing IV, Inc.** _____ ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Ring Binder LP**<br>**6800 Arsenal Street**<br>**Saint Louis, MO 63139** | - | | **Business Debt** | | | | 3,853.27 |
| Account No.<br><br>**Vanguard Tool & Mfg. Co**<br>**8388 Utica Avenue**<br>**Rancho Cucamonga, CA 91730** | - | | **Business Debt** | | | | 135.00 |
| Account No.<br><br>**West Suburban Office Prod, Inc.**<br>**178 North York Street**<br>**Elmhurst, IL 60126** | - | | **Consumer Debt** | | | | 922.83 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 4,911.10 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,143,353.17 |

ACME Scale Systems
1100 N Villa Avenue
Villa Park, IL 60181


Adams Foam Rubber Company
4727 S Christiana Ave
Chicago, IL 60632


Advanced Disposal Chicago Center
4612 W Lake Street
Melrose Park, IL 60160


Adverstising Specialty Institute
4800 Street Road
Feasterville Trevose, PA 19053-6698


Air Repair
414 Ashwood
Schaumburg, IL 60193


Andrews Converting
707 East 47th Street
La Grange, IL 60525


Andrews Paperboard, Inc.
1200 Pratt Boulevard
Elk Grove Village, IL 60007


Apifoils, Inc.
3841 Greenway Circlet
Lawrence, KS 66046


AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197


AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416


B&H Systems
PO Box 633
Bensenville, IL 60106

Balckhawk Express Freight
724 Brighton Circle
Barrington, IL 60010


Bank of America Card
PO Box 851001
Dallas, TX 75285-1001


Benson Intl Systems Inc.
300 Lackawanna Ave
Suite 6
NJ 07242


Bradner Smith & Company
2300 Arthur Ave
Elk Grove Village, IL 60007


Brandt Box & paper Co., Inc.
400 Lexington Drive
Buffalo Grove, IL 60089


Brandt Jen & Kluge Inc.
539 Blanding Woods
Saint Croix Falls, WI 54024


Calco Ltd
960 Muirfield Drive
Hanover Park, IL 60133-5457


Call One
225 W Wacker Drive
Chicago, IL 60606


Capital One-Card
PO Box 30285
Salt Lake City, UT 84130-0285


Champion Container Corporation
1455 Michael Drive
Wood Dale, IL 60191


Charles Leonard National, Inc.
PO Box 18048
Hauppauge, NY 11788

Chase Paper Company Inc.
900 W 45th Street
Chicago, IL 60609


Chicago Glue Machine & Supply
750 N Baker Drive
Itasca, IL 60143


Chicago Laminating
125 Weiler Road
Arlington Heights, IL 60005


Citicard
Customer Service Center
P.O. Box 6500
Sioux Falls, SD 57117


Classic Graphic Industries, Inc.
650 W Grand Ave
Elmhurst, IL 60126


Coating & Adhesives Corp
1901 Popular Street
Leland, NC 28451


Comcast Cable
155 Industrial Drive
Elmhurst, IL 60126


Commonweatlh Edison
PO Box 6111
Carol Stream, IL 60197-6111


Community Bank of Elmhurst
330 W Butterfield Rd
Elmhurst, IL 60126


Community Bank of Elmhurst
330 W Butterfield Road
Elmhurst, IL 60126


Computer Maintenance Inc.
1433 W Fullerton
Addison, IL 60101

Concentra
PO Box 488
Lombard, IL 60148


Coqui Marketing Group
1113 Golden Cypress
Altamonte Springs, FL 32714


Crown Roll Leaf, Inc.
91 Illinois Avenue
Paterson, NJ 07503


Crystal Brook Direct
550 Albion Avenue
Schaumburg, IL 60173


CT Corporation
3 Winners Circle
Albany, NY 12205


Custom Global Logistics
PO Box 3330
Melrose Park, IL 60164-3330


Design Craft Fabric Corp
2230 Ridge Drive
Glenview, IL 60025


Discover Card
PO Box 30421
Salt Lake City, UT 84130-0421


E.C. Schultz and Company, Inc.
333 Crossen
Elk Grove Village, IL 60007


Eckhart & Co
4011 W 54th Street
Indianapolis, IN 46254


EFI Inc/Pace Systems Group Inc.
1340 Corporate Center Curve
Saint Paul, MN 55121

Elite Staffing
1400 W Hubbard
Chicago, IL 60622

Elms Corner Enterprises
12616 Massachusetts
Crown Point, IN 46307

Enovation/Fuji Graphic Systems Inc.
850 Central Avenue
Hanover Park, IL 60133

Essentra Specialty Tapes
7400 West Industrial
Forest Park, IL 60130

Express 2000
164 Northwest Industrial
Bridgeton, MO 63044

Federal Express
PO Box 94515
Palatine, IL 60094-4515

Fibermark North America Inc.
70 Front Street
West Springfield, MA 01089

Finish Line Custom Finishing
2523 Assison Court
Glenview, IL 60025

Formflex
70 North Mains Street
PO Box 218
Bloomingdale, IN 47832

G&K Services
8201 South Cork Ave
Justice, IL 60458

Gane Brothers & Lane
1400 Greenleaf Avenue
Elk Grove Village, IL 60007

Garland Converting Corp
C/O RTS Financial
PO Box 840267
Dallas, TX 75284-0267


GB Property Management Inc.
125 N Halsted St
Chicago, IL 60661


Grafsolve
2740 Cable Place
North Chicago, IL 60064


Granat Industries Inc.
875 Nicholas Bovd
Elk Grove Village, IL 60007


Green Bay Packaging
831 Radisson Street
Green Bay, WI 54302


Harleysville Insurance
PO Box 37712
Philadelphia, PA 19101-5012


Hitachi Capital Amercia Corporation
800 Connecticut Ave
Norwalk, CT 06854


Hudson Energy
PO Box 142109
Irving, TX 75014


Infor
16 Commerce Road
Cedar Grove, NJ 07009


Instant Collating Service
2443 W 16th Street
Chicago, IL 60608


Jem Tool & Manufacturing Co., Inc.
797 Industrial Drive
Bensenville, IL 60106

Johnson Steel Rule Die Company
5410 W Roosevelt Road
Chicago, IL 60644-1478


Jorson & Carlson Co Inc.
1501 Pratt Boulevard
Elk Grove Village, IL 60007


Kurz Transfer Products, L.P.
3200 Woodpark Blvd
Charlotte, NC 28206


Lindenmeyer Munroe
112 Alexzandra Way
Carol Stream, IL 60188


Marios Trucking Service
319 Jennifer Lane
Roselle, IL 60172


Mark R. Valle Law Firm, LLC
20 N Wacker Drive
Suite 2005
Chicago, IL 60606


Mark R. Valley Law Firm
20 N. Wacker Drive
Suite 2005
Chicago, IL 60606


Metal Magic
5801 S 25th Street
Phoenix, AZ 85040-3630


MGL International
230 Leonard Street
Lewisville, TX 75057


Midland Paper
101 E Palatine Road
Wheeling, IL 60090-6500


Midwest Ink Co
2701 S 12th Ave
Broadview, IL 60155

Morrisroe & Associates
114 S Bloomingdale Road
Bloomingdale, IL 60108

MPS Metal Plastic and Specialty
2301 Eastern Avenue
Elk Grove Village, IL 60007

Mr. & Mrs V. Woodfield
417 Fair Oaks Drive
Williams Bay, WI 53191

Mr. & Mrs. M. Cothron
507 Pheasant Ridge Ln
Fontana, WI 53125

MRC Packaging Solutions
151 S Pfingsten Road
Deerfield, IL 60015

Multiswatch Corporation
2600 S 25th Ave
Suite Y
Broadview, IL 60155

Murnane Paper Company
345 Fischer Farm Road
Elmhurst, IL 60126-1014

MVP/Workforce
666 Dundee Road

Nextel/Sprint
PO Box 8077
London, KY 40742

Nicor
PO Box 310
Aurora, IL 60507

Nor-Cote International Inc.
PO Box 668
Crawfordsville, IN 47933

Norkol, Inc.
11650 W Grand Ave
Melrose Park, IL 60164


Peel & Stick Adhesive Prod Inc.
10720 Beaudin Blvd
Woodridge, IL 60517


Phoenix Binding
1100 Pratt Ave
Elk Grove Village, IL 60007


Pitman Company div of AGFA CORP
611 River Drive Center
Elmwood Park, NJ 07407


Plymouth Foam Inc.
PO Box 407
Plymouth, WI 53073


Print Services Distribution Assoc
330 N Wabash
Chicago, IL 60611


Printech Equipment, Inc.
#1-1500 Valmont Way
Richmond, BC


Printers Service
26 Blanchard Street
Newark, NJ 07105-4702


Proforma
PO Box 640814
Cincinnati, OH 45264-0814


Rickard Circular Folding Co
325 N Ashland Avenue
Chicago, IL 60607


Rochester 100 Inc.
40 Jefferson Road
Rochester, NY 14623

Rogers Leaf Company
1555 W Fulton
Chicago, IL 60607


Roosevelt Paper Co
LockBox 5175
PO Box 8500
Philadelphia, PA 19178-5175


Rotadyne Roll Group
1164 East 50 North
La Porte, IN 46350


Sprint Electrical Service Inc.
1575 Jarvis Avenue
Elk Grove Village, IL 60007


Sterling Toggle, Inc.
99 Mahan Street
West Babylon, NY 11704


Superior Printing Ink Co
100 North Street
Teterboro, NJ 07608-1202


TCF Equipment Finance Inc.
11100 Wayzata Blvd
Hopkins, MN 55305


The Custom Companies, Inc.
PO Box 3270
Melrose Park, IL 60164-3270


Time Busienss Systems Inc
916 Central Ave
Roselle, IL 60172


Timely Courier
2301 Arthur Ave
Elk Grove Village, IL 60007


Tornatore Law Office
236 West Lake Street
Bloomingdale, IL 60108

Transilwrap Company, Inc.
22889 Lunn Road
Strongsville, OH 44149


Tyco/Simplex Grinnell
91 N Mitchell Court
Addison, IL 60101


Uline
2200 S Lakeside Drive
Waukegan, IL 60085


UPS
Lockbox 577
Carol Stream, IL 60132


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


US Ring Binder LP
6800 Arsenal Street
Saint Louis, MO 63139


Vanguard Tool & Mfg. Co
8388 Utica Avenue
Rancho Cucamonga, CA 91730


West Suburban Office Prod, Inc.
178 North York Street
Elmhurst, IL 60126